## W. L. Cannon and Burnice Cannon, Appellees, v. Isaac Casteel and Mary Casteel, Appellants.

Term No. 50M6.

 Heard in this
court at the May term, 1950. Everett Prosser and Feirich & Feirich, for appellants; E. N. Bowen and Powless & Winters, for appellees. Opinion by JUSTICE BARDENS. **Not to be published in full.** Opinion filed September 20, 1950; released for publication October 20, 1950.